UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans Inc.

In Re:

Denice M. Ogonowski

Case No.:     20-17346 MBK

Chapter:     13

Hearing Date: _____

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Notice of Request for Mortgage Forbearance Due filed on October 12, 2020, document number 20

Date: 10/23/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*