| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-17346 / MBK

Denice M Ogonowski

Petition Filed Date: 06/08/2020
341 Hearing Date: 07/09/2020
Confirmation Date: 08/12/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/02/2020 | $565.00 | 69117090 | 08/03/2020 | $565.00 | 69863220 | 09/02/2020 | $565.00 | 70593190 |
| 10/02/2020 | $565.00 | 71305640 | 11/02/2020 | $565.00 | 72060490 | 12/02/2020 | $565.00 | 72776500 |
| 01/04/2021 | $565.00 | 73534470 | 02/03/2021 | $565.00 | 74285740 | | | |

**Total Receipts for the Period: $4,520.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Denice M Ogonowski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»» 8/17/20 AMD DISCLOSURE | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2017-2018 | Priority Crediors | $5,334.47 | $0.00 | $5,334.47 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2016 | Unsecured Creditors | $22,901.40 | $0.00 | $22,901.40 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $10,868.62 | $0.00 | $10,868.62 |
| 4 | JPMorgan Chase Bank, NA<br>»» 2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | QUICKEN LOANS INC<br>»» P/11 MEDFORD COURT/1ST MTG | Mortgage Arrears | $3,727.82 | $72.66 | $3,655.16 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $995.07 | $0.00 | $995.07 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,362.50 | $0.00 | $10,362.50 |
| 8 | Wells Fargo Card Services | Unsecured Creditors | $19,209.58 | $0.00 | $19,209.58 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $10,942.65 | $0.00 | $10,942.65 |
| 10 | SHADOW LAKE VILLAGE CONDO ASSOCIATION<br>»» CONDO MAINTENANCE FEES | Secured Creditors | $13,283.99 | $258.93 | $13,025.06 |
| 11 | QUANTUM3 GROUP LLC<br>»» WILLIAMS-SONOMA VISA | Unsecured Creditors | $3,673.95 | $0.00 | $3,673.95 |
| 12 | QUANTUM3 GROUP LLC<br>»» AVENUE | Unsecured Creditors | $312.48 | $0.00 | $312.48 |
| 13 | QUANTUM3 GROUP LLC<br>»» LANE BRYANT | Unsecured Creditors | $274.00 | $0.00 | $274.00 |
| 14 | NJ DIVISION OF TAXATION<br>»» 2016 - ESTIMATED - HOLD/PAY IN FULL (PLAN | Secured Creditors<br>Hold Funds: Estimated | $3,104.02 | $0.00 | $3,104.02 |

| 15 | NJ DIVISION OF TAXATION | Unsecured Creditors | $437.36 | $0.00 | $437.36 |
|---|---|---|---|---|---|
|  | »» 2020 | Hold Funds: Pending Resolution |  |  |  |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,520.00 | Plan Balance: | $36,169.00 ** |
| Paid to Claims: | $3,056.59 | Current Monthly Payment: | $565.00 |
| Paid to Trustee: | $341.85 | Arrearages: | $0.00 |
| Funds on Hand: | $1,121.56 | Total Plan Base: | $40,689.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**