| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-17346 / MBK**

Denice M Ogonowski

Petition Filed Date: 06/08/2020
341 Hearing Date: 07/09/2020
Confirmation Date: 08/12/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $565.00 | 73534470 | 02/03/2021 | $565.00 | 74285740 | 03/02/2021 | $565.00 | 74959570 |
| 04/05/2021 | $565.00 | 75770970 | 05/03/2021 | $565.00 | 76440990 | 06/02/2021 | $565.00 | 77143890 |
| 07/06/2021 | $565.00 | 77929410 | 08/04/2021 | $565.00 | 78585740 | 09/07/2021 | $565.00 | 79326200 |
| 10/06/2021 | $565.00 | 79987430 | 11/08/2021 | $565.00 | 80702440 | 12/07/2021 | $565.00 | 81317640 |
| 01/05/2022 | $565.00 | 81912780 | | | | | | |

**Total Receipts for the Period:  $7,345.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,735.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Denice M Ogonowski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»»  AMD DISCLOSURE | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017-2019 TAX PERIODS | Priority Crediors | $5,334.47 | $0.00 | $5,334.47 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2016 TAX PERIOD + PENALTIES | Unsecured Creditors | $22,901.40 | $0.00 | $22,901.40 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $10,868.62 | $0.00 | $10,868.62 |
| 4 | JPMorgan Chase Bank, NA<br>»»  2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | QUICKEN LOANS INC<br>»»  P/11 MEDFORD CT/1ST MTG | Mortgage Arrears | $3,727.82 | $1,237.07 | $2,490.75 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $995.07 | $0.00 | $995.07 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,362.50 | $0.00 | $10,362.50 |
| 8 | Wells Fargo Card Services | Unsecured Creditors | $19,209.58 | $0.00 | $19,209.58 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $10,942.65 | $0.00 | $10,942.65 |
| 10 | SHADOW LAKE VILLAGE CONDO ASSOCIATION<br>»»  11 MEDFORD CT/FEES | Secured Creditors | $13,283.99 | $4,408.28 | $8,875.71 |
| 11 | QUANTUM3 GROUP LLC<br>»»  WILLIAMS-SONOMA VISA | Unsecured Creditors | $3,673.95 | $0.00 | $3,673.95 |
| 12 | QUANTUM3 GROUP LLC<br>»»  AVENUE | Unsecured Creditors | $312.48 | $0.00 | $312.48 |
| 13 | QUANTUM3 GROUP LLC<br>»»  LANE BRYANT | Unsecured Creditors | $274.00 | $0.00 | $274.00 |

**Chapter 13 Case No. 20-17346 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 EST | Secured Creditors<br>Hold Funds: Estimated | $3,104.02 | $0.00 | $3,104.02 |
| 15 | NJ DIVISION OF TAXATION<br>»» COSTS 2/2020 | Unsecured Creditors | $437.36 | $0.00 | $437.36 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,735.00 | Plan Balance: | $29,954.00 ** |
| Paid to Claims: | $8,370.35 | Current Monthly Payment: | $565.00 |
| Paid to Trustee: | $817.05 | Arrearages: | $565.00 |
| Funds on Hand: | $1,547.60 | Total Plan Base: | $40,689.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**