| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br> Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Sindi Mncina (237862017) |
| In Re:<br><br>**Denice M Ogonowski,**<br>*aka* **Denice Salagaj,**<br>         **Debtor.** |

Case No.:     20-17346-MBK

Chapter:     13

Hearing Date:  June 22, 2022

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐  Settled          ☒  Withdrawn

Matter: Motion for Relief from Stay re: 2016 Mazda CX-5, filed on May 13, 2022 (Docket No. 25)

Date: June 14, 2022                    /s/ Sindi Mncina

                                         Signature

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br> Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Sindi Mncina (237862017) | |
| In Re:<br><br>**Denice M Ogonowski,**<br>*aka* **Denice Salagaj,**<br><br>    **Debtor.** | Case No.:    20-17346-MBK<br><br>Chapter:    13<br><br>Hearing Date:  June 22, 2022<br><br>Judge:    Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, Sindi Mncina, Esq., represent JPMorgan Chase Bank, N.A. in this matter..

2. On June 14, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Withdrawal.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| DATED: June 14, 2022 | **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>By: /s/ Sindi Mncina<br>Sindi Mncina<br>Bar ID: 237862017<br>Email: smncina@raslg.com |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denice M Ogonowski<br>11 Medford Court<br>Red Bank, NJ 07701 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Monika Mazurczyk<br>Tomes Law Firm, PC<br>17 Broad Street<br>Suite 3<br>Freehold, NJ 07728 | Debtor's Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |