UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Denice Ogonowski,

Debtor.

Case No.:        20-17346-MBK

Chapter:              13

Hearing Date:     09/28/2022

Judge:              Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relie from Stay re: 11 Medford Ct, Red Bank, NJ (Docket # 31)

_____

Date: 09/22/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*