UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-17346-MBK |
|---|---|---|
| Denice M. Ogonowski | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

___Denice M. Ogonowski___, ___Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher<br>US Bankrutpcy Court<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___November 22, 2022___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, NJ 08608-1507___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 11 Medford Court<br>Red Bank, NJ 07701<br>Block 11101, Lot 38<br>(condo - Shadow Lake; Taxes: Middletown) |
|---|---|

| Proposed Purchaser: | Matthew Donnelly |
|---|---|

| Sale price: | $250,950.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Maryann Callahan, John Keating, Donna M Alkin, Monika Mazurczyk |
|---|---|
| Amount to be paid: | $12,547.50 (2.5%) each for Realtors; Attorney fees to be determined |
| Services rendered: | realtor commissions and attorney fees, respectively |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Monika Mazurczyk, Esq. TOMES LAW FIRM, PC

Address: 17 Broad Street, Suite 3, Freehold, NJ 07728

Telephone No.: (732) 333-0681

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-17346-MBK

Denice M Ogonowski                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                          Page 1 of 3
Date Rcvd: Oct 24, 2022                     Form ID: pdf905                                      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denice M Ogonowski, 11 Medford Court, Red Bank, NJ 07701-5446 |
| sp | + | Donna M. Alkin, Esq., Byrnes O'Hern & Heugle Law Firm, 195 East Bergen Place, Red Bank, NJ 07701-2112 |
| r | + | John Keating, BHHS Fox & Roach Realtors, 110 Ave of Two Rivers, Rumson, NJ 07760-1802 |
| r | + | Maryann Callahan, Heritage House Sotheby's Intl Realty, 1020 Highway 35, Middletown, NJ 07748-2604 |
| sp | + | Monika Mazurczyk, Esq., The Tomes Law Firm, P.C., 17 Broad Street, Suite 3, Freehold, NJ 07728-1758 |
| cr | + | Shadow Lake Village Condominium Association, Inc., c/o Becker & Poliakoff, LLP, 67 East Park Place Suite 800, Morristown, NJ 07960-7125 |
| 518860679 | + | Comenity/Visa/WmsSonoma, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518860681 | + | Ellen Goodman c/o Becker & Poliakoff LLP, 1776 On the Green, 67 East Park Place Ste 800, Morristown, NJ 07960-7125 |
| 518860683 | + | JPMC/Chase/Disney, attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518860685 | | Mazda Capital Services, POB 901076, Fort Worth, TX 76101-2076 |
| 518860687 | + | Shadow Lake Village Condo Assoc, One Loch Arbor Way, Red Bank, NJ 07701-5417 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518860673 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2022 20:39:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 518860672 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2022 20:39:00 | Bank of America, 4909 Savarese Circle, FL-1-908-01-50, Tampa, FL 33634-2413 |
| 518873074 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518860675 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 24 2022 20:40:00 | City of Linden Fire Dept, c/o Commercial Acceptance, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518860676 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 20:40:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, POB 182125, Columbus, OH 43218-2125 |
| 518860677 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 20:40:00 | Comenity/Avenue, Attn: Bankruptcy, POB ox 182125, Columbus, OH 43218 |
| 518860678 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 20:40:00 | Comenity/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518860680 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 24 2022 20:40:00 | Credit Collection Service, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518860682 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2022 20:40:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 518860684 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 24 2022 20:38:30 | JPMCB Card/Chase/United, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518860674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2022 20:38:30 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518873893 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2022 20:38:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518876156 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 24 2022 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518920223 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2022 20:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518860686 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 24 2022 20:40:00 | Quicken Loans, 1050 Woodward Avenue, attn: Bankruptcy, Detroit, MI 48226-3573 |
| 518875870 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 24 2022 20:40:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518860688 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 24 2022 20:39:00 | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518860689 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 24 2022 20:39:00 | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518861509 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 20:39:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518860690 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 20:38:36 | Synchrony/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518860691 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 24 2022 20:39:11 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 518889788 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 24 2022 20:38:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518876158 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Shadow Lake Village Condominium Association Inc. egoodman@beckerlawyers.com |
| Monika Mazurczyk | on behalf of Debtor Denice M Ogonowski monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sarahc@tomeslawfirm.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7