Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–17346–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Denice M Ogonowski
　aka Denice Salagaj
　11 Medford Court
　Red Bank, NJ 07701

Social Security No.:
　xxx–xx–3228

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

　　I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

11 Medford Court, Red Bank NJ 07701.


Dated: November 16, 2022
JAN: gan

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk