Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−17346−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denice M Ogonowski
   aka Denice Salagaj
   Heritage of Clara Barton
   1015 Amboy Avenue, Apt 125
   Edison, NJ 08837

Social Security No.:
   xxx−xx−3228

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      3/8/23
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Monika Mazurczyk, Debtor's Attorney

COMMISSION OR FEES
Fees: $6,289.00

EXPENSES
$103.24

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 25, 2023
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Denice M Ogonowski  
    Debtor

Case No. 20-17346-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 25, 2023      Form ID: 137      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denice M Ogonowski, Heritage of Clara Barton, 1015 Amboy Avenue, Apt 125, Edison, NJ 08837-2863 |
| sp | + | Donna M. Alkin, Esq., Byrnes O'Hern & Heugle Law Firm, 195 East Bergen Place, Red Bank, NJ 07701-2112 |
| r | + | John Keating, BHHS Fox & Roach Realtors, 110 Ave of Two Rivers, Rumson, NJ 07760-1802 |
| r | + | Maryann Callahan, Heritage House Sotheby's Intl Realty, 1020 Highway 35, Middletown, NJ 07748-2604 |
| sp | + | Monika Mazurczyk, Esq., The Tomes Law Firm, P.C., 17 Broad Street, Suite 3, Freehold, NJ 07728-1758 |
| cr | + | Shadow Lake Village Condominium Association, Inc., c/o Becker & Poliakoff, LLP, 67 East Park Place Suite 800, Morristown, NJ 07960-7125 |
| 518860679 | + | Comenity/Visa/WmsSonoma, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518860681 | + | Ellen Goodman c/o Becker & Poliakoff LLP, 1776 On the Green, 67 East Park Place Ste 800, Morristown, NJ 07960-7125 |
| 518860683 | + | JPMC/Chase/Disney, attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518860685 | | Mazda Capital Services, POB 901076, Fort Worth, TX 76101-2076 |
| 518860687 | + | Shadow Lake Village Condo Assoc, One Loch Arbor Way, Red Bank, NJ 07701-5417 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518860673 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2023 20:47:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 518860672 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2023 20:47:00 | Bank of America, 4909 Savarese Circle, FL-1-908-01-50, Tampa, FL 33634-2413 |
| 518873074 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 25 2023 20:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518860675 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 25 2023 20:47:00 | City of Linden Fire Dept, c/o Commercial Acceptance, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518860676 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2023 20:48:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, POB 182125, Columbus, OH 43218-2125 |
| 518860677 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2023 20:48:00 | Comenity/Avenue, Attn: Bankruptcy, POB ox 182125, Columbus, OH 43218 |
| 518860678 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2023 20:48:00 | Comenity/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518860680 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 25 2023 20:48:00 | Credit Collection Service, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518860682 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2023 20:47:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 518860684 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 25 2023 20:56:42 | JPMCB Card/Chase/United, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518860674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2023 20:55:45 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518873893 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2023 20:56:27 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518876156 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 25 2023 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518920223 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2023 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518860686 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2023 20:48:00 | Quicken Loans, 1050 Woodward Avenue, attn: Bankruptcy, Detroit, MI 48226-3573 |
| 518875870 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2023 20:48:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518860688 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 25 2023 20:47:00 | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518860689 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 25 2023 20:47:00 | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518861509 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2023 20:55:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518860690 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2023 20:56:28 | Synchrony/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518860691 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2023 20:55:56 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 518889788 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2023 20:56:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518876158 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Shadow Lake Village Condominium Association  Inc. egoodman@beckerlawyers.com |
| Monika Mazurczyk | on behalf of Debtor Denice M Ogonowski monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;mariad@tomeslawfirm.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7